IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WILLIAM PETERS,

    Petitioner,

vs.                                 Civil Action 2:14-cv-2314
                                    Chief Judge Sargus
                                    Magistrate Judge King

CYNTHIA MAUSSER, *et al.*,

    Respondents.

### ORDER

On May 12, 2015, the United States Magistrate Judge recommended that Petitioner's *Motion for the Court to Proceed to Judgment*, ECF 7, be denied. *Report and Recommendation*, ECF 8. Although the parties were advised of their right to object to that recommendation, and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, ECF 8, is **ADOPTED AND AFFIRMED**. Petitioner's *Motion for the Court to Proceed to Judgment*, ECF 7, is **DENIED**.

6-16-2015
Date

Edmund A. Sargus, Jr.
Chief United States District Judge