IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WILLIAM PETERS,

    Petitioner,

v.

CYNTHIA MAUSSER and
ADULT PAROLE AUTHORITY,

    Respondent.

Case No. 2:14-cv-02314
Chief Judge Sargus
Magistrate Judge King

## ORDER

Petitioner, a state prisoner, brings this action for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 28, 2015, the United States Magistrate Judge recommended that the *Petition*, ECF No. 1, be dismissed. *Report and Recommendation*, ECF No. 10. Although the parties were advised of their right to object to that recommendation, and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, ECF No. 10, is **ADOPTED AND AFFIRMED**. This action is hereby **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in this action.

\_\_\_1-21-2016_____
Date

_____
Edmund A. Sargus, Jr.
Chief United States District Judge

1